**No. 52404.**—Baltimore & Ohio Railroad Co. et al. *v.* United States, protests 478137–G, etc. (Baltimore, etc.).

Opinion by LAWRENCE, J. The protests were dismissed.

**No. 52405.**—Stewart & Co. et al. *v.* United States, protests 41970–K, etc. (Baltimore, etc.).

Opinion by LAWRENCE, J. The protests were dismissed.

**No. 52406.**—Cooper's Indian & Mexican Store et al. *v.* United States, protests 116485–K, etc. (El Paso, etc.).

Opinion by LAWRENCE, J. The protests were dismissed.

**No. 52407.**—Close & Stewart *v.* United States, protests 118938–K, etc. (Seattle).

Opinion by LAWRENCE, J. The protests were dismissed.

**No. 52408.**—Elgin National Watch Co. et al. *v.* United States, protests 131410–K/1125, etc. (Chicago, etc.).

Opinion by LAWRENCE, J. The protests were dismissed.

**No. 52409.**—Albert Bonnier Publishing House et al. *v.* United States, protests 134918–K, etc. (New York).

Opinion by LAWRENCE, J. The protests were dismissed.

**No. 52410.**—Rolex Watch Co., Inc., et al. *v.* United States, protests 136088–K, etc. (New York).

Opinion by LAWRENCE, J. The protests were dismissed.

**No. 52411.**—Keer, Maurer Co. et al. *v.* United States, protests 38940–K, etc. (Philadelphia, etc.).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52412.**—Men's Hats, Inc., et al. *v.* United States, protests 131226–K, etc. (Baltimore, etc.).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52413.**—S. W. Heim & Co., Inc., et al. *v.* United States, protests 136575–K, etc. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.